J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340- 7239

Attorneys for Plaintiff
JAM CELLARS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAM CELLARS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 1815 CARNEGIE SANTA ANA, CORP. and BUILT NOT BOUGHT LLC, <br><br> Defendants. | Case No. _____ <br><br> **PLAINTIFF JAM CELLARS, INC.'S CORPORATE DISCLOSURES AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff JaM Cellars, Inc. discloses that there are no parent corporations or any publicly held corporation owning 10% or more of its stock.

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict nor interest (other than the named parties) to report.

CORPORATE DISCLOSURE & L.R. 3-15 CERTIFICATION     1     Case No.

| | | |
|---|---|---|
| 1 | DATED: January 25, 2024 | DICKENSON, PEATMAN & FOGARTY |

By: _____
J. Scott Gerien (SBN 184728)
sgerien@dpf-law.com
Joy L. Durand (SBN 245413)
jdurand@dpf-law.com
1500 First Street, Suite 200
Napa, CA 94559
Tel. No.: (707) 252-7122

Attorneys for Plaintiff
JaM Cellars, Inc.

CORPORATE DISCLOSURE & L.R. 3-15 CERTIFICATION     2     Case No.